# EXHIBIT 6



US008782282B1

# (12) United States Patent
## Zhou et al.

(10) Patent No.: **US 8,782,282 B1**
(45) Date of Patent: **Jul. 15, 2014**

(54) **NETWORK MANAGEMENT SYSTEM**

(75) Inventors: **Eileen Zhou**, San Jose, CA (US); **Roger Liu**, San Jose, CA (US); **Vijoy Choyi**, Santa Clara, CA (US); **Moshe Itah**, Palo Alto, CA (US); **John Z. Yu**, Santa Clara, CA (US)

(73) Assignee: **Brixham Solutions Ltd.**, Tortola (VG)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 2172 days.

(21) Appl. No.: **10/742,573**

(22) Filed: **Dec. 19, 2003**

(51) Int. Cl.
 *G06F 15/16* (2006.01)
(52) U.S. Cl.
 USPC ............................. **709/246**; 709/203; 719/320
(58) Field of Classification Search
 USPC .................................. 709/203, 246; 719/320
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,812,768 | A * | 9/1998 | Page et al. | 709/228 |
| 7,111,077 | B1 * | 9/2006 | Starkovich et al. | 709/246 |
| 7,325,062 | B2 * | 1/2008 | Hamilton et al. | 709/226 |
| 2003/0093403 | A1 * | 5/2003 | Upton | 707/1 |
| 2003/0177240 | A1 * | 9/2003 | Gulko et al. | 709/226 |
| 2004/0040030 | A1 * | 2/2004 | Fenton et al. | 719/320 |
| 2004/0107277 | A1 * | 6/2004 | Levesque et al. | 709/223 |
| 2004/0249644 | A1 * | 12/2004 | Schiefer et al. | 705/1 |
| 2005/0108387 | A1 * | 5/2005 | Li et al. | 709/224 |

* cited by examiner

*Primary Examiner* — Glenford Madamba
(74) *Attorney, Agent, or Firm* — Amin, Turocy & Watson, LLP

(57) **ABSTRACT**

A technique for communicating in a network management system is disclosed. The technique includes transferring information from an application server to a gateway that processes the information, transferring the gateway processed information from the gateway to a plurality of adapters associated with the gateway that process the gateway processed information, and transferring the adapter processed information from one of the adapters to a client.

**22 Claims, 6 Drawing Sheets**



NB distributed gateway, SB distributed adapters, server cluster, & load balancers



FIG. 1: An overall network management view



FIG. 2: NMS functional block diagram



FIG. 3A: NB distributed gateway, SB distributed adapters, server cluster, & load balancers



FIG. 3B: Downlink information flow (OSS or GUI as originator)



FIG. 3C: Uplink information flow (NE as originator)



FIG. 3D: Uplink information flow with network partitioning

Ex. 6, p. 7

# NETWORK MANAGEMENT SYSTEM

## FIELD OF THE INVENTION

The present invention relates generally to communications networks. More specifically, a network management system is disclosed.

## BACKGROUND OF THE INVENTION

Network management systems (NMS) facilitate the exchange of management information between Network Elements (NEs) and network administrators' Operations Support Systems (OSS). Network administrators can use an NMS to install and configure NEs, provision services, manage network performance, find and solve network problems, and plan for network growth. Network management systems today face many challenges as networks grow in size. Network management systems need to be scalable. For example, thousands of events can be generated when a fault is discovered at a network element. In a large network, a network management system can easily be overwhelmed. It would be desirable to develop a network management system that is robust, scalable, and capable of efficiently handling a growing network.

## BRIEF DESCRIPTION OF THE DRAWINGS

Various embodiments of the invention are disclosed in the following detailed description and the accompanying drawings.

FIG. **1** is an overall view of a carrier's OSS **108**, an NMS **102**, and a network **100** including NEs **134** and **142**.

FIG. **2** is a functional block diagram illustrating a network management system **202** in a network **200**.

FIG. **3A** is a diagram illustrating NMS **300** using application server cluster and load balancing between NB gateway (adapters) and NMS server instances, and between SB adapters and NMS server instances.

FIG. **3B** is a flowchart illustrating a downlink information flow in which OSS **308** or NMS GUI **312** is the originator of the information while NE **334** or application server (**362**, or **363**, or **364**) is the recipient of the information.

FIG. **3C** is a flowchart illustrating an information flow in which NE **334** is the originator of the information while OSS **308** or NMS GUI **312** is the recipient of the information.

FIG. **3D** is a flowchart illustrating a technique for transferring information (e.g., traps) from an NE in a partitioned network to server cluster **332**.

## DETAILED DESCRIPTION

The invention can be implemented in numerous ways, including as a process, an apparatus, a system, a composition of matter, a computer readable medium such as a computer readable storage medium or a computer network wherein program instructions are sent over optical or electronic communication links. In this specification, these implementations, or any other form that the invention may take, may be referred to as techniques. In general, the order of the steps of disclosed processes may be altered within the scope of the invention.

A detailed description of one or more embodiments of the invention is provided below along with accompanying figures that illustrate the principles of the invention. The invention is described in connection with such embodiments, but the invention is not limited to any embodiment. The scope of the invention is limited only by the claims and the invention encompasses numerous alternatives, modifications and equivalents. Numerous specific details are set forth in the following description in order to provide a thorough understanding of the invention. These details are provided for the purpose of example and invention may be practiced according to the claims without some or all of these specific details. For the purpose of clarity, technical material that is known in the technical fields related to the invention has not been described in detail so that the invention is not unnecessarily obscured.

A scalable network management system (NMS) is disclosed. In some embodiments, the NMS includes a so-called northbound (NB) gateway, which includes various NB adapters, to facilitate transferring and translating information between the NMS server, or servers in a server cluster and an OSS from the network administrator, or carrier. The NB gateway design may be distributed so that multiple NB gateways, each of which includes a certain number of NB adapters, can be logically or physically distributed over different workstations. Information transferred from the gateway to the server cluster can be distributed among servers within the server cluster based on a load balancing scheme, to best utilize the NMS server's processing power. In the direction from NE to NMS (uplink), the managed network can be partitioned by configuring for each Network Element (NE) a so-called southbound (SB) adapter to handle information (or events) originating from that NE. SB adapters may be distributed so that SB adapters can be logically or physically distributed over different workstations. A load balancing scheme may be used to associate a SB adapter to a particular server or servers for processing power efficiency. In the direction from NMS to NE, the load balancing scheme may be used to distribute information from the NMS to a selected SB adapter to reach the destined NE.

FIG. **1** is an overall view of a carrier's OSS **108**, an NMS **102**, and a network **100** including NEs **134** and **142**. An NMS refers to a system responsible for managing a network, and facilitates the communication between a carrier's OSS and NEs in the network. In the embodiment illustrated, incumbent element management system (EMS) **138**, and incumbent NEs **142** refer to the existing management system and NEs, while NEs **134** refer to the newly introduced NEs for existing network growth. NMS **102** may be used to manage the existing NEs (via existing EMS **138**) and newly introduced NEs. A carrier may operate an OSS over the NMS to manage the entire network to provide services through the growing network. An NE, as used herein, includes any device or node on the network, such as a network switch. GUI **112** and NB gateway **104** are connected to NMS server **132** as clients. NB gateway **104** can be physically and logically separated from the NMS server. The NMS server may include a service cluster which includes multiple service instances. NB gateway **104** includes multiple NB adapters to process information to facilitate communications between NMS and OSS using different types of protocols. More specifically, NB gateway may include Simple Network Management Protocol (SNMP) NB adapter **116**, Common Object Request Broker Architecture (CORBA) NB adapter **117**, Extensible Markup Language (XML) NB adapter **118**, and Transaction Language 1 (TL1) NB adapter **119**.

NB devices, such as northbound adapters, include client side devices or network elements or devices that process information between an OSS and an NMS server. SB devices, such as SB adapter and API **120**, process information to facilitate communication between the NMS server and NEs, or between the NMS server and incumbent EMS **138**. North-

US 8,782,282 B1

| 3 | 4 |

bound information includes information that travels in the direction from a network element to an OSS. Southbound information includes information that travels in the direction from an OSS to a network element.

NMS server **132** is connected to an MIB (Management Information Base) running on NEs **134** via SB SNMP/MIB adapter **120**. NMS server **132** is also connected to a MIB associated with incumbent EMS **138** via SB SNMP/MIB adapter **120**. NMS server **132** is also connected to an application program interface (API) associated with incumbent EMS **138** via API adapter **120**. Incumbent EMS **138** is connected to incumbent NEs **142**.

NMS **102** is shown to manage both NEs **134** and incumbent NEs **142**. NMS **102** can manage incumbent NEs **142** by communicating with incumbent EMS **138**. In general, NMS **102** can assume management of any incumbent network by connecting to an EMS associated with the incumbent network.

NMS server **132** communicates with adapters **116-119** via NB gateway **104**. Adapters **116-119** are software modules on NB gateway **104**. Accordingly, processing of common functions between adapters **116-119** can be shared. For example, an event sent from an NE to more than one NB adapter can be sent as one event to the NB gateway. Gateway **104** then processes the event and distributes the information appropriately to each NB adapter.

NMS **102** communicates in various protocols in different embodiments. For example:

The SNMP protocol is used on its downlink (southbound) to communicate with switches or NEs. Command line interface (CLI) access to NEs through Telnet is also provided through the NMS in a cut-through mode;

The SNMP protocol or a proprietary API is used on its downlink (southbound) to communicate with existing EMS managing incumbent NEs in installed networks;

XML, CORBA, TL1, and SNMP protocols are used on its uplink (northbound) to communicate with external carriers' OSS's and NMS's.

In some embodiments, most of the time OSS **108** accesses NMS **102** for information and operation support. At other times, OSS **108** directly accesses NEs **134** or NEs **142** using the SNMP protocol. In some embodiments, hundreds or thousands of NEs are managed by an NMS. At the same time, an NE can be managed by multiple NMS's.

FIG. **2** is a functional block diagram illustrating a network management system **202** in a network **200**. Network **200** includes OSS **208**, NMS **202** and NEs **234**. NMS **202** includes NB gateway **204**, GUI **212**, application server **232**, NMS database **254**, SB adapters **240**, file transfer protocol (FTP) server **246**, and adapter **250** to communicate with external (incumbent) EMS's. NB gateway **204** includes SNMP adapter **216**, CORBA adapter **217**, XML adapter **218**, and TL1 adapter **219**.

OSS **208** is connected to adapters **216-219**. GUI **212**, NB gateway **204**, and database **254** are connected to application server **232**. NB gateway **204**, application server **232**, GUI **212**, database **254**, SB adapters **240**, FTP server **246**, and adapter **250** can be configured as physically or logically separate elements. For example, SB adapters **240**, FTP server **246**, or adapter **250** may be included on the same physical machine as server **232**. Application server **232** is connected to NEs **234** via SB adapters **240**. Application server **232** is also connected to adapter **250** and FTP server **246**, which is connected to NEs **234**. Application server **232** may include multiple independent application servers to form a server cluster. A load balancing scheme may be designed to associate NB adapters with application servers, and to associate SB adapters with application servers, an embodiment discussed further in conjunction with FIG. **3**.

NB gateway **204** relays management information and operations between server **232** and an external OSS **208**. Information includes data, messages, events, or other information that can be communicated in NMS **202**. For example, NB gateway **204** can provide network topology and configuration retrieval and provisioning services, and facilitate the integration with OSS **208** for fault management and flow through provisioning. External OSS **208** can communicate with NB gateway **204** via the SNMP, TL1, CORBA or XML protocol as NB interfaces. In some embodiments, NB gateway **204** includes a protocol adapter for each type of protocol, to convert messages of a specific protocol into a common message type, and vice versa. The common message type may be a proprietary message type. NB gateway **204** can communicate with server **232** through RMI interfaces. With NB gateway **232**, many functions, such as trap detector/listener, can be efficiently designed to support all NB interfaces with various protocols.

Information is transferred from application server **232** to NB gateway **204** which processes and distributes the information appropriately to adapters **216-219**. Processes common to adapters **216-219** can be performed prior to transferring the information to adapters **216-219**. NB gateway **204** may include multiple NB gateways, each of which includes a set of NB adapters. The information is then transferred from adapters **216-219** to OSS **208** (**292**).

Adapters include software modules which can be standalone Java services that run on separate Java Virtual Machines (JVM). The modules can connect to an external system using various protocols and connect back to NMS server **232** via an RMI interface. NMS **202** is shown to include SNMP, CORBA, XML, and TL1 NB adapters. NMS **202** can include any number of NB adapters each associated with any protocol. The following are examples of NB adapter communication within network **200**.

SNMP NB adapter **216** is the SNMP interface between external OSS **208** and NMS **202**. NMS **202** acts as an SNMP agent. In some embodiments, OSS **208** sends SNMP Set, Get, and GetBulk commands to SNMP NB adapter **216**. SNMP NB adapter **216** translates the messages into native Java messages and sends them to application server **232**. Application server **232** executes the commands and returns the responses to SNMP NB adapter **216**. SNMP NB adapter **216** then converts the responses into SNMP messages and sends the messages back to external OSS **208**.

An OSS that wishes to receive traps from NMS **202** can register itself through SNMP NB adapter **216** via the SNMP Set command. SNMP NB adapter **216** will then forward trap messages from application server **232** to the registered OSS. SNMP NB adapter **216** can also translate traps from SNMP v1 format to SNMP v2 format, and vice versa.

XML NB adapter **218** communicates with an external system using XML data. XML NB adapter **218** converts an XML message to a native Java message, and vice versa. In some embodiments, XML NB adapter **218** includes two adapters: XML command adapter and XML event adapter.

The XML command adapter receives a command from application server **232** and converts it to XML data. Then it creates a TCP/IP socket connection with the corresponding external system, and sends the XML data to the external system over the output stream of the connection. The XML command adapter then waits for the response on the input

US 8,782,282 B1

stream of the connection. It converts XML data received in response to java.util.Map and returns this map to the invoker of the command.

Application managers that wish to receive events from external systems can register with the XML event adapter. The XML event adapter receives XML messages from external systems over a TCP/IP socket connection and translates the messages into name value maps. The XML event adapter then sends the name value maps to each registered application manager.

TL1 NB adapter **219** communicates with an external system using the TL1 protocol. The TL1 NB adapter converts TL1 commands and autonomous messages to a native Java message, and vice versa.

CORBA NB adapter **217** provides a CORBA interface to external OSS's. CORBA NB adapter **217** receives CORBA requests from external OSS's, translates the requests into a Java native message format and sends the messages to application server **232**. Application server **232** performs the requested operations and sends the response back to CORBA NB adapter **217**. CORBA NB adapter **217** then translates the response into CORBA messages and sends them to the invoking external OSS.

Application server **232** includes support for various management services, including the typical carrier-class fault-management, configuration, accounting, performance, and security (FCAPS) functions via Configuration Manager, Fault Manager, Performance Manager, Event Log Manager and Security Manager. For example:

Configuration Manager: A configuration manager is responsible for providing configuration services, including discovering, configuring, and provisioning managed NEs in the network. It provides support for defining and manipulating configuration of network physical inventory, facilities, and connections. It also supports the diagnostic testing of the network elements.

Fault Manager: A fault manager is responsible for monitoring fault conditions and notifying the OSS and other management systems. It collects fault notifications from NEs, analyzes the notifications, and communicates the appropriate information to the OSS and other management systems.

Performance Manager: A performance manager allows users to proactively manage the network's health and performance. At a high level, the Performance Manager can be divided into two functions: collecting performance data from NEs, and presenting performance information to a GUI client or other NB performance monitoring (PM) systems. PM data collectors can collect performance data from NEs using various collection schemes and protocols, then either store the data in an NMS database or directly pass the data to requesting parties, such as a GUI client or an NB third party PM system.

Event Log Manager: An event log manager collects and records various events from the network. Some examples of an event include an SNMP trap from an NE, periodic performance monitoring (PM) data from an NE, an alarm from an NE or other network device, a security audit log from a server, an SNMP command sent from the NMS to an NE, and the NMS shutting down. The event log manager is both an event recorder and an event publisher.

Security Manager: A security manager is a service manager that maintains information about users and their access rights to operations and system resources. It is also responsible for security auditing.

Storage Manager: A storage manager is responsible for managing NMS storage database tables and alarms/events files.

In some embodiments, NMS **202** follows a typical Java 2 Platform Enterprise Edition (J2EE)-based three-tier distributed model: a Java GUI front end tier, a J2EE Application Server tier, and a database tier which can be any Java Database Connectivity (JDBC) compliant database. Other distribution models and protocols are used in various other embodiments. Specifically, the server tier may include a set of backend server modules running in a J2EE Application Server environment, which provide the actual execution of the management functionality. In this embodiment, a complete server configuration includes a J2EE application server **232** with all the Enterprise Java Beans (EJB) running on it, a set of SB protocol adapters **240**, an integrated FTP server **246**, and a data services layer **258** which provides caching, metadata repository, and data persistency services.

All NMS management services, such as configuration management, fault management, performance management, security management, event management, and other operation support functionality, may be implemented as EJB or as remote method invocation (RMI) Objects working in conjunction with EJBs. The adapters can run on a separate JVM and communicate back to the EJBs or RMI servers via RMI interfaces. The application server can communicate with external systems using various protocols, including SNMP, CORBA, XML, TL1, and other proprietary interfaces. The FTP server can facilitate large data transfers between the NMS and other external systems.

NMS applications can be implemented as J2EE applications. Bean managed data persistency can be used to overcome the limitation of the default J2EE container managed persistency design, which might be more suitable for e-commerce applications than for OSS/NMS types of application.

NMS **202** is shown to include SNMP and XML SB adapters. NMS **202** can include any number of southbound adapters each associated with any protocol. The following are examples of SB adapters used for communicating with the network **234**.

SNMP SB adapter **242** supports communication between application server **232** and SNMP agents running on NEs in network **234**. For example, a trap may be sent from an NE to application server **232**. In some embodiments, communication between SNMP SB adapter **242** and application server **232** is implemented using Java RMI. SNMP SB adapter **242** actually can include two adapters: SNMP command adapter and SNMP trap adapter. SNMP command adapter is an adapter that communicates using SNMP. It can be used to send SNMP commands such as SNMP Get, Set, GetNext, GetBulk from application server **232** to the agent running on each NE and return responses to application server **232**. The SNMP trap adapter receives traps from SNMP agents, converts them into native Java messages and sends the messages to application server **232**. The SNMP trap adapter may also be responsible for synchronizing the traps between NMS **202** and all the managed NEs. The trap synchronization process can either be initiated by the configuration manager or by the trap adapter itself. In some embodiments, each trap from a node contains a trap sequence number. The trap adapter uses this sequence number to ensure that it receives all the traps from all the managed NEs. If the trap adapter detects that traps are missing from a node, it may perform appropriate trap synchronization operations depending on the amount of missing traps.

In some embodiments, if a few traps are missed, the trap adapter requests the node to replay the missing traps. If a large

number of traps are missed, it requests the node to save the missing traps into an event log file and ftp the file over. If too many traps are detected missing and it is infeasible to retrieve all the missing traps, the trap adapter gives up retrieving missing traps, and asks the node to save currently active alarms into an active alarm log file and FTP the file over. In the meantime, the trap adapter will notify the configuration manager to start the configuration check process.

In some embodiments, the trap adapter parses and processes active alarm log files and event log files from NEs in network **234**. The active alarm log files and event log files contain the protocol description units (PDU) of the traps from the NE. The SNMP trap adapter extracts each PDU, converts it into a name value map, and then sends the name value map to all the registered application managers.

XML SB adapter **243** communicates with NEs in network **234** using XML data. XML SB adapter **243** converts an XML message to a native Java message, and vice versa.

NMS **202** may also include SB adapter **250** to communicate with another vendor's EMS through standard SNMP or any mutually agreed proprietary API. For example, a mutually agreed proprietary API may be based on proprietary information the other vendor uses for service provisioning, such as proprietary MIB tables or proprietary API functional calls. Accordingly, a carrier can perform end-to-end service provisioning across different vendors' NEs for network expansion. A new vendor's NEs can be inserted to a carrier's installed network with minimal interruption for end-to-end service deployment.

In some embodiments, NMS **202** includes an internal FTP server **246**. FTP server **246** provides file transfer functionality between NMS **202** and external systems. In one embodiment, application managers or adapters that expect to transfer files to or from an external system register with FTP server **246** and provide FTP server **246** with a callback interface. Upon successful registration, FTP server **246** returns a unique, one-time-use username and password to the requester. The requester then sends the username and password to the external system. The external system can then use the received username and password to connect to FTP server **246** and start a file transfer. After the file transfer is completed, FTP server **246** invokes a corresponding callback function.

FIG. 3A is a diagram illustrating NMS **300** using application server cluster and load balancing between NB gateway (adapters) and NMS server instances, and between SB adapters and NMS server instances. NMS **300** includes NB gateway **304**, GUI **312**, server cluster **332**, database **354**, SB adapters **340** and **344**, load balancer **358** (with shared bus **370**) between NB gateway and NMS server cluster, and load balancer **374** (with shared bus **372**) between SB adapters and NMS server cluster. The carrier's OSS may be connected to NB adapters via NB gateway **304**. NB gateway **304** includes SNMP adapter **316**, CORBA adapter **317**, XML adapter **318**, and TL1 adapter **319**. NMS **300** communicates with NEs **334** via SB adapters **340** and **344**.

GUI **312**, NB gateway **304**, and database **254** are connected to server cluster **332** via bus **370** controlled by the load balancer **358**. Server cluster **332** is connected to SB adapters **340** and **344** via bus **372** controlled by the load balancer **374**.

Service cluster **332** and load balancers **358** and **374** are introduced for managing large or expanding networks. Server cluster **332** includes NMS servers **362-364**. Server cluster **332** may include any number of servers, or server modules (or instances). NMS **300** is dynamic and scalable as the network grows. High scalability is facilitated by using server clustering and distributed adapter architecture, with the load balancing scheme to connect the server cluster and NB and SB adapters in northbound and southbound directions respectively. Note that the clustering of server modules and distribution of adapter modules can be completely transparent to the GUI client. A GUI client can still view the whole network topology without knowledge of the existence of multiple servers and adapters.

Servers **362-364** may be separate physical or logical server modules, or a combination of physically or logically separated server modules. In some embodiments, NMS **300** uses J2EE application server architecture in which each server may be an independent server instance in a J2EE application server. Accordingly, multiple instances of such application servers can run simultaneously to distribute a workload and protect each other. Each server instance by itself is a complete functioning NMS server that runs independently, and can be run on separate physical machines. Each server instance can be run on the same physical machine or distributed among several physical machines. These NMS server instances work together, forming the "server cluster".

Specifically, each server instance can be associated with the following software modules: GUI **312** and NB gateway **304** via load balancer **358** in the northbound direction, and SB adapters **340** and **344** via load balancer **374** in southbound direction. In some embodiments, there are multiple NB gateways, each of which includes a set of NB adapters performing a specific set of functions. Additional physically or logically separate NB gateways can be added as the network grows. When a first request comes from a functional entity, such as NB gateway, or GUI, or database, load balancer **358** is consulted to locate a server instance according to an algorithm based on certain criterions (e.g., selecting the lightest loaded server at that time), and then communication is established between the functional entity and the selected server instance. Similarly, when a first request comes from a service instance going southbound, the load balancer **374** is consulted to locate a SB adapter according to a method based on certain criteria, and then the communication is established between the server instance and the selected SB adapter.

FIG. 3B is a flowchart illustrating a downlink information flow in which OSS **308** or NMS GUI **312** is the originator of the information while NE **334** or application server (**362**, or **363**, or **364**) is the recipient of the information. When the information is originated from OSS (**380**), it is transferred via a certain protocol (e.g., SNMP, CORBA, XML, or TL1) to NB gateway **304**. The NB gateway processes the information and then transfers it to an associated NB adapter based on the received protocol type (**382**). Alternatively, the information could be originated from GUI **312** where, for example, a user could enter a command on GUI **312** (**381**). The arriving information is then transferred to a selected server or servers according to load balancer **358** (**384**). Load balancer **358** may be a software module physically located on any device in NMS **300**. Load balancer **358** may use any load balancing algorithm that is appropriate. For example, load balancer **358** may use a round robin scheme, or distribute the load based on CPU usage on each server or servers. In some embodiments, from then on, all information from NB gateway **304** (or GUI **312**) is passed to the selected server for processing (**385**). Alternatively, the selected server may convert the format of the received information to a new format at particular times. The information is then transferred from the server to a selected SB adapter according to load balancer **374** (**386**). Load balancer **374** may use any load balancing algorithm that is appropriate. The information is then transferred from the SB adapter to the destined NE in network **334** (**387**). The response from the NE or NMS server follows the reverse information flow to the OSS or GUI.

US 8,782,282 B1

9

FIG. 3C is a flowchart illustrating an information flow in which NE **334** is the originator of the information while OSS **308** or NMS GUI **312** is the recipient of the information. Management information (e.g., traps/alarms) is originated from an NE in network **334** (**390**). The information is transferred to a pre-configured SB adapter. The arriving information at the SB adapter is then transferred to a selected server or servers according to load balancer **374** (**391**). Load balancer **374** may be a software module physically located on any device in NMS **300**. Load balancer **374** may use any load balancing algorithm that is appropriate. For example, load balancer **374** may use a round robin scheme, or distribute the load based on CPU usage on each server or servers. In some embodiments, from then on, all information from the SB adapter is passed to the selected server for processing (**392**). Alternatively, the selected server may convert the format of the received information to new format at particular times. Depending on the destination, the information is then transferred from the server to a selected NB gateway (**393**), or the NMS GUI (**394**). When the information arrives at the NB gateway, it is transferred to a registered NB adapter based on the NB interface (I/F) protocol for communicating with the OSS (**395**). The information is then transferred from the NB adapter to the OSS (**396**).

The NMS architecture presented can provide multiple, significant benefits with the design of NB distributed gateway (NB adapters), distributed SB adapters, NMS application server clusters, and load balancing schemes to inter-connect between NB gateway and application server(s), and between SB adapters and application server(s). Three such examples follow.

First, the NB gateway can serve as a single point for receiving different types of information (e.g., network events such as traps) from NEs or the NMS server for distributing to registered NB adapters, and then to the OSS. A NB gateway-based architecture allows the information common to different NB adapters to be sent to the NB gateway just once, instead of multiple copies, and then the NB gateway multicasts the information to multiple destined NB adapters. With this architecture of an NB gateway decoupled from NMS application servers, multiple NB gateways, each of which includes a certain number of NB adapters, can be designed and distributed on different workstations for scalability and performance optimization. In one embodiment, the NB gateways running on different workstations communicate with each other via RMI transporting over TCP/IP.

Secondly, as a network grows to an increasing large scale, more processing power in the NMS servers may be needed for managing the network. With this server cluster-based NMS architecture, new NMS server instances can be incrementally started and added into server cluster **332** without affecting existing operations. The server cluster can be logically and physically distributed, so servers in a cluster can run on different workstations for increasing processing power. The load balancer allows the management work load to be distributed among all server instances in any desired fashion, which results in maximal efficiency and flexibility for any management policy to be implemented as carriers wish. An instance of the server can also be shut down for any reason without interrupting the server functionality as a whole. When a server is shutdown, its associated software modules (NB gateway **304**, GUI **312**, or SB adapters **340** or **344**) automatically re-establish the association with another server instance (one of existing servers **362-364** or a standby server) based on certain criterion, such as selecting the lightest loaded server.

Thirdly, the distributed SB adapter-based NMS architecture can support a flexible network partitioning to manage

10

different management domains based on the amount of management traffic in each domain in a large scale network. All NEs in a management domain are associated with a SB adapter to communicate with the NMS servers. That is, the events in each partitioned domain are monitored by a designated SB adapter. With the server cluster, server instances can work with multiple SB adapters simultaneously, allowing a distributed SB adapter infrastructure to support a large number of NEs or a geographically separated network topology. Each SB adapter can select an instance of service using the load balancer based on certain criterion (e.g., selecting the lightest loaded server) to establish the association between the SB adapter and server instance. SB adapter modules can also be separated from NMS server **332** and run on separate workstations. Thus the network can be logically or physically partitioned in different management domains by configuring for each NE a SB adapter to handle events from that NE.

FIG. 3D is a flowchart illustrating a technique for transferring information (e.g., traps) from an NE in a partitioned network to server cluster **332**. More specifically, the network is partitioned to different management domains in which each NE belongs to one management domain (**396**). Each domain is associated with one SB adapter (**397**). The information that originated from the NEs in a management domain is transferred to a configured SB adapter (**398**). That is, a configured SB adapter is pre-selected to handle events from the NEs in a management domain. For example, an adapter can register its IP address in all NEs in a management domain so that all NEs send traps to that SB adapter. From then on, the information follows the uplink information flow in FIG. **3**C to be passed to a specific server instance and then to the OSS for processing (**399**). In some embodiments, the information is transferred to a designated application server or servers within cluster **332** wherein the designation was predetermined. That is, the SB adapter can be configured to communicate with certain registered server modules (instances). Because all the server instances are writing to the same database, the overall network view can be accessed from any partitioned region. In one embodiment, the SB adapters running on different workstations communicate with each other via RMI transporting over TCP/IP.

The NMS architecture presented can provide significant benefits of scalability and performance optimization. It can enable incremental addition of network management resources (such as server processing power, database memory) on an as needed basis without network operation interruption as the network grows. The NMS based on this architecture can truly serve carriers' large scale network management requirements in a most optimized way.

Although the foregoing embodiments have been described in some detail for purposes of clarity of understanding, the invention is not limited to the details provided. There are many alternative ways of implementing the invention. The disclosed embodiments are illustrative and not restrictive.

What is claimed is:

1. A method, comprising:
    receiving, at a first application server instance selected from a plurality of application server instances based on a load balancing process, first adapter processed information from a first adapter, wherein the first adapter processed information comprises event information received by the first adapter from a network element and processed by the first adapter based on a first communication protocol;

US 8,782,282 B1

| 11 | 12 |

processing, by the first application server instance, the first adapter processed information based on an event management service to produce application processed information;

sending, by the first application server instance, the application processed information to a gateway device, wherein the gateway device is one of a plurality of gateway devices respectively associated with the plurality of application server instances and is configured to transfer the application processed information to a second adapter of a plurality of second adapters configured to process the application processed information based on a second communication protocol to produce second adapter processed information and transfer the second adapter processed information to an operation support system device; and

in response to determining that the first application server instance has become disabled, facilitating establishing an association between the first adapter and a second application server instance of the plurality of application server instances and between the gateway device and the second application server instance.

2. The method of claim 1, wherein the first application server instance is configured to execute on a separate physical machine from the first adapter.

3. A system, comprising:

a first application server instance configured to receive first adapter processed information from a first adapter process the first adapter processed information based on an event management service to yield application processed information, and send the application server processed information to a gateway device, wherein the first adapter processed information comprises event information from a network element that has been processed by the first adapter based on a first communication protocol; and

a load balancing component configured to select the first application server instance from a plurality of application server instances based on a load balancing process;

wherein the gateway device is one of a plurality of gateway devices respectively associated with the plurality of application server instances and is configured to transfer the application server processed information to a second adapter of a plurality of second adapters configured to process the application server processed information based on a second communication protocol to yield second adapter processed information, and send the second adapter processed information to an operation support system device, and

wherein, the first adapter and the gateway device are further configured to, in response to disablement of the first application server instance, establish an association with a second application server instance of the plurality of application server instances.

4. The method of claim 1, further comprising converting, by the second adapter, a protocol specific message associated with the first application server instance to a formatted message associated with the second communication protocol.

5. The method of claim 1, further comprising selecting the first application server instance based on a determination that the first application server instance has a lowest processing load of the plurality of application servers instances.

6. The method of claim 1, wherein the first communication protocol and the second communication protocol comprise one or more communication protocols associated with at least one of extensible markup language, simple network management protocol, common object request broker architecture, or transaction language 1.

7. The method of claim 1, further comprising at least one of collecting, recording, or publishing the event information in accordance with the event management service for access by the operation support system device.

8. The method of claim 1 wherein the plurality of gateway devices comprise a plurality of physically or logically separated gateway devices.

9. The method of claim 1, wherein the gateway device is a physically and logically separate machine from the first application server instance.

10. The method of claim 1, further comprising converting, by the first adapter, a message associated with the first communication protocol to a protocol specific message associated with the first application server instance.

11. The method of claim 1, further comprising processing, by the gateway device, a function associated with the application server processed information.

12. The method of claim 1, wherein the event information relates to a configuration of the network element.

13. The method of claim 1, further comprising executing the first adapter and the second adapter on one or more virtual machines.

14. The method of claim 1, wherein the first adapter and the second adapter are configured to communicate with the first application server instance over a remote method invocation interface.

15. The system of claim 3, wherein the event information is associated with a configuration of the network element.

16. The system of claim 3, wherein the first application server instance comprises a performance manager component configured to collect performance data from a plurality of network elements respectively associated with a plurality of first adapters including the first adapter.

17. The system of claim 16, wherein the performance manager component is further configured to deliver at least a subset of the performance data to one or more of the plurality of network elements.

18. The system of claim 3, wherein the first communication protocol and the second communication protocol comprise one or more communication protocols associated with at least one of extensible markup language, simple network management protocol, common object request broker architecture, or transaction language 1.

19. The system of claim 3, wherein at least one of the first adapter or the second adapter are executed on one or more virtual machines.

20. The system of claim 3, wherein the first adapter and the second adapter are configured to communicate with the first application server instance over a remote method invocation interface.

21. The system of claim 3, wherein the load balancing component is configured to select the first application server instance based on a determination that the first application server instance has a lowest processing load of the plurality of application server instances.

22. The system of claim 3, wherein the plurality of gateway devices comprises a plurality of physically or logically separated gateway devices.

\* \* \* \* \*