# EXHIBIT 7



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/742,573 | 12/19/2003 | Eileen Zhou | 002.P056 | 4061 |

23623        7590        03/17/2014
AMIN, TUROCY & WATSON, LLP
127 Public Square
57th Floor, Key Tower
CLEVELAND, OH 44114

| EXAMINER |
|---|
| MADAMBA, GLENFORD J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2451 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/17/2014 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

docket1@thepatentattorneys.com
hholmes@thepatentattorneys.com
swati@thepatentattorneys.com

PTOL-90A (Rev. 04/07)



UNITED STATES DEPARTMENT OF COMMERCE
**U.S. Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 10/742,573 | 19 December, 2003 | ZHOU ET AL. | 002.P056 |

| | EXAMINER |
|---|---|
| AMIN, TUROCY & WATSON, LLP<br>127 Public Square<br>57th Floor, Key Tower<br>CLEVELAND, OH  44114 | GLENFORD MADAMBA |
| | ART UNIT / PAPER |
| | 2451 / 20140310 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

This communication is being sent out to correct the Allowance Notice document dated 2/2/2014, and to correctly indicate the proper dependency of renumbered claim 10 (original claim 47) as being dependent upon renumbered claim 1 (original claim 18).

/GLENFORD MADAMBA/
Examiner, Art Unit 2451

PTO-90C (Rev.04-03)

**Ex. 7, p. 2**

Application/Control Number: 10/742,573  Page 2
Art Unit: 2451

*Allowable Subject Matter*

1. Original claims 1-32 are renumbered to 1-22. Claims 1-17, 19-25, 27, 29-32, 36-42, 44, 52 and 56-59 have been canceled, and new claims 60-64 have been added.

2. The Office deems Applicant's latest claim amendments persuasive to overcome the rejection of the claims over the applied prior art references and/or any other candidate prior art, and the claims are accordingly considered in condition for allowance **(MPEP § 1302.14)**.

   In addition, Applicants remark and/or argument that the current prior art references do not sufficiently teach or disclose *all* of the recited limitations of the amended independent claims, and claim 1 in particular, including the recited feature of "in response to determining that the first application server instance has become disabled, facilitating establishing an association between the first adapter and a second application server instance of the plurality of application server instances and between the gateway device and the second application server instance…" as recited [Remarks: par 2, pg. 9 & par 6, pg. 13], is also considered persuasive by the Office.

**EXAMINER'S AMENDMENT**
(*Corrected*)

1. An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To

Application/Control Number: 10/742,573                                                      Page 3
Art Unit: 2451

ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

2. Authorization for this examiner's amendment was given in a telephone interview with Applicant's Representative (Brian Steed, Reg. No. 64,095) on 1/8/2014. The Office also notes that as part of the interview, Applicant officially declared and stated on the record that amended claims 18, 26, 28, 62 and 63 - which respectively recite in part "wherein the gateway device is one of a plurality of gateway devices …and *is configured to* transfer...", " wherein the first application server instance *is configured to* execute...", "a first application server instance *configured to* receive…", "wherein the first adapter and the second adapter are *configured to* communicate…", and/or "wherein the load balancing component is *configured to* select…" - are *not* intended to recite a 'means (or step) plus function' limitation that invokes 35 U.S.C. 112, sixth paragraph.

3. The application has been amended as follows:

In the Claims:

Please AMEND claim 18 as follows:

18.    (Currently Amended) A method, comprising:
         receiving, at a first application server instance [[of]] selected from a plurality of application server instances based on a load balancing process, first adapter processed

Application/Control Number: 10/742,573  Page 4
Art Unit: 2451

information from a first adapter, wherein <u>the first adapter processed information comprises event information received by the first adapter from a network element and processed by the first adapter based on a first communication protocol</u>;

 <u>processing, by</u> the first application server instance<u>,</u> ~~is configured to process~~ the first adapter processed information based on an event management service to produce application processed information;

 sending, by the first application server instance, the application processed information to a gateway device, wherein the gateway device is one of a plurality of gateway devices respectively associated with the plurality of application server instances and is configured to transfer the application processed information to a second adapter of a plurality of second adapters <u>configured to process the application processed information based on a second communication protocol to produce second adapter processed information and transfer the second adapter processed information to an operation support system device</u>; and

 in response to determining that the first application server instance has become disabled, facilitating establishing an association between the first adapter and a second application server instance of the plurality of application server instances and between the gateway device and the second application server instance.


Please AMEND claim 24 as follows:

Application/Control Number: 10/742,573   Page 5
Art Unit: 2451

24. (Canceled) ~~(Currently Amended) The method of claim 18, further comprising selecting the first application server instance is selected for receipt of the first adapter processed information based on a load balancing scheme process~~.

Please AMEND claim 26 as follows:

26. (Currently Amended) The method of claim 18, wherein the first ~~adapter~~ application server instance is configured to execute on a separate physical machine from the first ~~application server instance~~ adapter.

Please AMEND claim 28 as follows:

28. (Currently Amended) A system, comprising:

a first application server instance~~, of a plurality of application server instances,~~ configured to receive first adapter processed information from a first adapter process the first adapter processed information based on an event management service to yield application processed information, and send the application server processed information to a gateway device, wherein the first adapter processed information comprises event information from a network element that has been processed by the first adapter based on a first communication protocol; and

a load balancing component configured to select the first application server instance from a plurality of application server instances based on a load balancing process;

Application/Control Number: 10/742,573  Page 6
Art Unit: 2451

      wherein the gateway device is one of a plurality of gateway devices respectively associated with the plurality of application server instances and is configured to transfer the application server processed information to a second adapter of a plurality of second adapters <u>configured to process the application server processed information based on a second communication protocol to yield second adapter processed information, and send the second adapter processed information to an operation support system device</u>, and

      wherein, the first adapter and the gateway device are further configured to, in response to disablement of the first application server instance, establish an association with a second application server instance of the plurality of application server instances.

Please AMEND claim 33 as follows:

33.    (Currently Amended) The method of claim [[59]] <u>18</u>, further comprising converting, by the second adapter, a protocol specific message associated with the first application server instance to a formatted message associated with the second communication protocol.

Please AMEND claim 34 as follows:

34.    (Currently Amended) The method of claim [[24]] <u>18</u>, ~~wherein the~~ <u>further comprising</u> selecting the first application server instance ~~comprises selecting~~ based on a determination that

Application/Control Number: 10/742,573    Page 7
Art Unit: 2451

the first application server instance has a lowest processing load of the plurality of application servers instances.

Please AMEND claim 35 as follows:

35.    (Currently Amended) The method of claim [[59]] 18, wherein the first communication protocol and the second communication protocol comprise one or more communication protocols associated with at least one of extensible markup language, simple network management protocol, common object request broker architecture, or transaction language 1.

Please AMEND claim 43 as follows:

43.    (Currently Amended) The method of claim [[58]] 18, further comprising at least one of collecting, recording, or publishing the event information in accordance with the event management service for access by [[an]] the operation support system device.

Please AMEND claim 47 as follows:

47.    (Currently Amended) (Previously Presented) The method of claim [[58]] 18, further comprising converting, by the first adapter, a message associated with the first communication protocol to a protocol specific message associated with the first application server instance.

Application/Control Number: 10/742,573 Page 8
Art Unit: 2451

Please AMEND claim 49 as follows:


49.     (Currently Amended) The method of claim [[58]] <ins>18</ins>, wherein the event information relates to a configuration of the network element.


Please AMEND claim 53 as follows:


53.     (Currently Amended) The system of claim 28, ~~wherein the first adapter processed information comprises event information received at the first adapter from a network element, and~~ wherein the event information is associated with a configuration of the network element.


Please AMEND claim 56 as follows:


56.     <ins>(Canceled)</ins> ~~(New) The system of claim 28, wherein the first adapter processed information comprises event information from a first network element that has been processed by the first adapter based on a first communication protocol.~~

Application/Control Number: 10/742,573　　　　　　　　　　　　　　　　　　　Page 9
Art Unit: 2451

Please AMEND claim 57 as follows:

57.　(Canceled) ~~(New) The system of claim 56, wherein the plurality of second adapters are configured to process the application server processed information based on a second communication protocol to yield second adapter processed information, and send the second adapter processed information to an operation support system device.~~

Please AMEND claim 58 as follows:

58.　(Canceled) ~~(New) The method of claim 18, wherein the first adapter processed information comprises event information received at the first adapter from a network element and processed by the first adapter based on a first communication protocol.~~

Please AMEND claim 59 as follows:

59.　(Canceled) (New) ~~The method of claim 58, wherein the plurality of second adapters are configured to process the application processed information based on a second communication protocol to produce second adapter processed information, and transfer the second adapter processed information to an operation support system device.~~

Application/Control Number: 10/742,573                                    Page 10
Art Unit: 2451

Please ADD new claim 60 as follows:

60.     (New) The system of claim 28, wherein the first communication protocol and the second communication protocol comprise one or more communication protocols associated with at least one of extensible markup language, simple network management protocol, common object request broker architecture, or transaction language 1.

Please ADD new claim 61 as follows:

61.     (New) The system of claim 28, wherein at least one of the first adapter or the second adapter are executed on one or more virtual machines.

Please ADD new claim 62 as follows:

62.     (New) The system of claim 28, wherein the first adapter and the second adapter are configured to communicate with the first application server instance over a remote method invocation interface.

Please ADD new claim 63 as follows:

Application/Control Number: 10/742,573  Page 11
Art Unit: 2451

63.     (New) The system of claim 28, wherein the load balancing component is configured to select the first application server instance based on a determination that the first application server instance has a lowest processing load of the plurality of application server instances.

Please ADD new claim 64 as follows:

64.     (New) The system of claim 28, wherein the plurality of gateway devices comprises a plurality of physically or logically separated gateway devices.

        Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."
        Any inquiry concerning this communication or earlier communications from the examiner should be directed to Glenford Madamba whose telephone number is 571-272- 7989. The examiner can normally be reached on Monday-Friday 7:00AM-4: 30PM, first Fridays OFF.
        If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, John Follansbee can be reached on 571-272-3964. The fax phone number for the organization where this application or proceeding is assigned is 703-872-9306. Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from

Application/Control Number: 10/742,573 Page 12
Art Unit: 2451

either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, .contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Glenford Madamba/

Examiner, Art Unit 2451