IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 1:26-cv-00316-ADA |
| v. | § | |
| | § | |
| AMAZON.COM, INC. and | § | |
| AMAZON WEB SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF UNOPPOSED EXTENSION OF DEADLINE TO
ANSWER OR OTHERWISE RESPOND**

Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively "Amazon" or "Defendants") hereby provide notice that Plaintiff K.Mizra LLC ("Plaintiff") does not oppose Defendants' request to extend the deadline to answer, move, or otherwise respond to Plaintiff's Complaint for Patent Infringement (Dkt. 1). The current deadline for Defendant Amazon.com, Inc. to respond is March 5, 2026. The current deadline for Defendant Amazon Web Services, Inc. to respond is March 10, 2026. Defendants have requested that these deadlines be extended for 45 days, until April 20, 2026, and Plaintiff does not oppose.

This extension will not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: February 26, 2026                    Respectfully submitted,

                                            By: */s/ Jennifer Librach Nall*
                                                Jennifer Librach Nall
                                                Texas Bar No. 24061613
                                                DLA PIPER LLP (US)
                                                303 Colorado St., Suite 3000
                                                Austin, TX 78701-4653
                                                Tel: 512.457.7249
                                                Fax: 512.457.7001
                                                jennifer.nall@us.dlapiper.com

1621058230

2

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 26, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by a facsimile and/or first-class mail.

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall