**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC, | |
| Plaintiff, | Case No. 1:26-cv-00316-ADA |
| v. | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., | |
| Defendants. | |

**NOTICE OF *INTER PARTES* REVIEW FILINGS**

Pursuant to this Court's current Standing Order Governing Proceedings – Patent Cases (OGP Version 1 Austin), Plaintiff K.Mizra LLC hereby notifies the Court of the filing of petitions for *Inter Partes* Review:

U.S. Patent No. 8,144,717 is currently pending before the United States Patent Trial and Appeal Board in the action *Google LLC v. K.Mizra LLC*, IPR2026-00254.  The Petition was filed February 20, 2026, the institution decision is expected by August 26, 2026, and if instituted a final written decision is expected by August 26, 2027.

U.S. Patent No. 8,438,120 is currently pending before the United States Patent Trial and Appeal Board in the action *Google LLC v. K.Mizra LLC*, IPR2026-00304.  The Petition was filed March 31, 2026, the institution decision is expected by October 1, 2026, and if instituted a final written decision is expected by October 1, 2027.

Dated: April 2, 2026                          Respectfully submitted,


                                        By: /s/ Brian S. Boerman
                                              Michael C. Smith
                                              Texas Bar No. 18650410

michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Robert R. Brunelli*
Colorado Bar No. 20070
    rbrunelli@sheridanross.com
Matthew C. Holohan*
CO State Bar No. 40996
    mholohan@sheridanross.com
Brian S. Boerman*
Colorado Bar No. 50834
    bboerman@sheridanross.com
Tristan D. Lewis*
CO State Bar No. 60968
    tlewis@sheridanross.com
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Tel: (303) 863-9700
Fax: (303) 863-0223
litigation@sheridanross.com

*Of Counsel*:
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*Admitted *pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on April 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Brian S. Boerman
Brian S. Boerman*
Colorado Bar No. 50834
         bboerman@sheridanross.com
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: (303) 863-9700
Facsimile:  (303) 863-0223
litigation@sheridanross.com

Attorney for Plaintiff K.Mizra LLC