UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| K.MIZRA, LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>AMAZON.COM., INC. and AMAZON WEB SERVICES, INC.,<br><br>        Defendants. | Case No.  1:26-cv-00316-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE PARTIALLY DISMISSING PLAINTIFF'S PRE-SUIT WILLFUL AND INDIRECT INFRINGEMENT CLAIMS WITHOUT PREJUDICE**

In accordance with Section VII of the "Standing Order Governing Proceedings (OGP)–Patent Cases," counsel for Plaintiff K.Mizra LLC and Defendants Amazon.com, Inc. and Amazon Web Services, Inc., (collectively "the Parties") corresponded on March 26th and 27th to discuss a partial dismissal of Plaintiff's allegations of pre-suit willful and indirect infringement without prejudice. The Parties reached an agreement that Plaintiff will dismiss all allegations of willful and indirect infringement without prejudice for U.S. Patent Numbers 8,144,717, 8,438,120, 8,782,282, 9,235,259, and 9,602,649 under Section VII of the Court's OGP, and hereby jointly notify the Court of that agreement.

1

1630485017

Dated: April 10, 2026                          Respectfully submitted,

/*s/ Matthew C. Holohan*                        /*s/ Jennifer Librach Nall*
Michael C. Smith                               Jennifer Librach Nall
Texas Bar No. 18650410                         Texas Bar No. 24061613
michael.smith@solidcounsel.com                 Michael Sauliner
Scheef & Stone, LLP                            Texas Bar No. 24131647
113 E. Austin Street                           DLA PIPER LLP (US)
Marshall, TX 75670                             303 Colorado St., Suite 3000
(903) 938-8900                                 Austin, TX 78701
                                               Tel: 512.457.7249
Robert R. Brunelli*                            Fax: 512.457.7001
CO State Bar No. 20070                         jennifer.nall@us.dlapiper.com
rbrunelli@sheridanross.com                     michael.sauliner@us.dlapiper.com
Brian S. Boerman*
CO State Bar No. 50834                         Michael Strapp
bboerman@sheridanross.com                      DLA PIPER LLP (US)
Matthew C. Holohan*                            33 Arch Street, 26th Floor
CO State Bar No. 40996                         Boston, MA 02110-1447
mholohan@sheridanross.com                      Tel: 617.406.6000
SHERIDAN ROSS P.C.                             Fax: 617.406.6001
1560 Broadway, Suite 1200                      Michael.strapp@us.dlapiper.com
Denver, CO 80202
Telephone: 303-863-9700                        *Attorney for Defendants*
Facsimile: 303-863-0223                        *AMAZON.COM, INC. and AMAZON WEB*
litigation@sheridanross.com                    *SERVICES, INC.*

*Of Counsel:*
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*\*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*
*K.MIZRA LLC*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.  Any other counsel of record will be served by first class U.S. mail.

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall

3

1630485017