**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC, | |
| Plaintiff, | Case No. 1:26-cv-00316-ADA |
| v. | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., | |
| Defendants. | |

**CASE READINESS STATUS REPORT**

Plaintiff K.Mizra LLC ("Plaintiff" or "K.Mizra") and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Defendants" or "Amazon") hereby provide the following status report.

**SCHEDULE**

A scheduling order has not yet been filed, but will be filed in accordance with the requirements set forth in Judge Albright's Austin Standing order Governing Proceedings (OGP) – Patent Cases.

**FILING AND EXTENSIONS**

Plaintiff's Complaint was filed on February 10, 2026. Dkt. No. 1. There has been one extension for Defendants' answer or response for a total of 45 days. Dkt. No. 18.

**RESPONSE TO THE COMPLAINT**

On April 20, 2026, Defendants filed an Answer, Additional Defenses, and Counterclaims. Dkt. No. 21. Plaintiff's response to the Counterclaims is currently due on May 11, 2026.

## PENDING MOTIONS

There are no pending motions.

## RELATED CASES IN THIS JUDICIAL DISTRICT

One of the patents at issue in the instant case, U.S. Patent No. 8,234,705, is currently pending in the action *K.Mizra LLC v. Google LLC*, Civil Action No. 1:25-cv-00236-ADA (W.D. Tex. Feb. 18, 2025).

Two of the patents at issue in the instant case, U.S. Patent Nos. 8,144,717 and 8,438,120, are currently pending in the action *K.Mizra LLC v. Google LLC*, Civil Action No. 1:26-cv-00754-ADA (W.D. Tex. Mar. 27, 2026).

## IPR, CBM, AND OTHER PGR FILINGS

U.S. Patent No. 8,144,717 is currently pending before the United States Patent Trial and Appeal Board in the action *Google LLC v. K.Mizra LLC*, IPR2026-00254. The Petition was filed February 20, 2026, the institution decision is expected by August 26, 2026, and if instituted a final written decision is expected by August 26, 2027.

U.S. Patent No. 8,438,120 is currently pending before the United States Patent Trial and Appeal Board in the action *Google LLC v. K.Mizra LLC*, IPR2026-00304. The Petition was filed March 31, 2026, the institution decision is expected by October 1, 2026, and if instituted a final written decision is expected by October 1, 2027.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted six patents and currently asserts a total of six claims. The asserted patents are U.S. Patent Nos. 8,144,717, 8,234,705, 8,438,120, 8,782,282, 9,235,259, and 9,602,649.

## APPOINTMENT OF TECHNICAL ADVISER

The parties defer to the Court on whether to appoint a technical advisor to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Counsel for Plaintiff and Defendants met and conferred. The Parties have no pre-*Markman* issues to raise.

Dated: April 27, 2026

Respectfully submitted,

By: /s/ Matthew C. Holohan

Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
Tel: (903) 938-8900

Robert R. Brunelli*
Colorado Bar No. 20070
   rbrunelli@sheridanross.com
Matthew C. Holohan*
CO State Bar No. 40996
   mholohan@sheridanross.com
Brian S. Boerman*
Colorado Bar No. 50834
   bboerman@sheridanross.com
Tristan D. Lewis*
CO State Bar No. 60968
   tlewis@sheridanross.com
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Tel: (303) 863-9700
Fax: (303) 863-0223
litigation@sheridanross.com

By: /s/ Jennifer Librach Nall

Jennifer Librach Nall
Texas Bar No. 24061613
Shawn Bastani
Texas Bar No. 24127680
Michael Saulnier
Texas Bar No. 24131647
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7249
Fax: 512.457.7001
jennifer.nall@us.dlapiper.com
shawn.bastani@us.dlapiper.com
michael.saulnier@us.dlapiper.com

Michael Strapp
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: 617.406.6031
Fax: 617.406.6100
michael.strapp@us.dlapiper.com

3

*Of Counsel:*
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

*Admitted *pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

Ankur Desai, Esq.
DLA Piper LLP (US)
500 Eight Street, NW
Washington, D.C. 20004
Tel: 202.799.4716
Fax: 202 799.5000
ankur.desai@us.dlapiper.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Web*
*Services, Inc.*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew C. Holohan
Matthew C. Holohan
CO State Bar No. 40996
mholohan@sheridanross.com
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: (303) 863-9700
Facsimile:  (303) 863-0223
litigation@sheridanross.com

*Attorney for Plaintiff K.Mizra LLC*

5