**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC, | |
| Plaintiff, | Case No. 1:26-cv-00316-ADA |
| v. | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., | |
| Defendants. | |

**PLAINTIFF K.MIZRA LLC'S ANSWER TO COUNTERCLAIMS OF DEFENDANTS AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.**

Plaintiff and Counterclaim Defendant K.Mizra LLC ("K.Mizra") hereby provides its Answer and Affirmative Defenses to Defendants and Counterclaim Plaintiffs Amazon.com, Inc. and Amazon Web Services, Inc.'s (collectively, "Defendants" or "Amazon") Counterclaims (ECF No. 21, "Counterclaims"). K.Mizra has adopted headings found in Amazon's Counterclaims for ease of reference. However, to the extent that such headings themselves contain factual and legal characterizations, K.Mizra denies such characterizations. K.Mizra denies all allegations not expressly admitted.

**GENERAL DENIAL**

Unless specifically admitted below, K.Mizra denies each and every allegation in Amazon's Counterclaims. To the extent the headings of Amazon's Counterclaims are construed as allegations, they are each denied.

**PARTIES**

1.　　K.Mizra admits the allegations of Paragraph 1 of Amazon's Counterclaims.

2.　　K.Mizra admits the allegations of Paragraph 2 of Amazon's Counterclaims.

3.    K.Mizra admits the allegations of Paragraph 3 of Amazon's Counterclaims.

## JURISDICTION AND VENUE

4.    K.Mizra admits that this Court has subject matter jurisdiction over Amazon's counterclaims. K.Mizra denies that Amazon is entitled to any relief. K.Mizra denies any remaining allegations of Paragraph 4 of Amazon's Counterclaims.

5.    K.Mizra admits the allegations of Paragraph 5 of Amazon's Counterclaims.

6.    K.Mizra admits that venue is proper in this District. K.Mizra denies the remaining allegations in Paragraph 6 of Amazon's Counterclaims.

## COUNT I
### (Declaratory Judgment of Noninfringement of the '705 Patent)

7.    K.Mizra incorporates by reference and re-alleges Paragraphs 1-6 of this Answer, as if fully set forth herein.

8.    K.Mizra denies the allegations of Paragraph 8 of Amazon's Counterclaims.

9.    K.Mizra admits the allegations of Paragraph 9 of Amazon's Counterclaims.

10.    K.Mizra denies the allegations of Paragraph 10 of Amazon's Counterclaims.

11.    K.Mizra denies the allegations of Paragraph 11 of Amazon's Counterclaims.

## COUNT II
### (Declaratory Judgment of Invalidity of the '705 Patent)

12.    K.Mizra incorporates by reference and re-alleges paragraphs 1-11 of this Answer, as if fully set forth herein.

13.    K.Mizra denies the allegations of Paragraph 13 of Amazon's Counterclaims.

14.    K.Mizra admits the allegations of Paragraph 14 of Amazon's Counterclaims.

15.    K.Mizra denies the allegations of Paragraph 15 of Amazon's Counterclaims.

16.    K.Mizra denies the allegations of Paragraph 16 of Amazon's Counterclaims.

**COUNT III**
**(Declaratory Judgment of Noninfringement of the '717 Patent)**

17.     K.Mizra incorporates by reference and re-alleges paragraphs 1-16 of this Answer, as if fully set forth herein.

18.     K.Mizra denies the allegations of Paragraph 18 of Amazon's Counterclaims.

19.     K.Mizra admits the allegations of Paragraph 19 of Amazon's Counterclaims.

20.     K.Mizra denies the allegations of Paragraph 20 of Amazon's Counterclaims.

21.     K.Mizra denies the allegations of Paragraph 21 of Amazon's Counterclaims..

**COUNT IV**
**(Declaratory Judgment of Invalidity of the '717 Patent)**

22.     K.Mizra incorporates by reference and re-alleges paragraphs 1-21 of this Answer, as if fully set forth herein.

23.     K.Mizra denies the allegations of Paragraph 23 of Amazon's Counterclaims.

24.     K.Mizra admits the allegations of Paragraph 24 of Amazon's Counterclaims.

25.     K.Mizra denies the allegations of Paragraph 25 of Amazon's Counterclaims.

26.     K.Mizra denies the allegations of Paragraph 26 of Amazon's Counterclaims.

**COUNT V**
**(Declaratory Judgment of Noninfringement of the '120 Patent)**

27.     K.Mizra incorporates by reference and re-alleges paragraphs 1-26 of this Answer, as if fully set forth herein.

28.     K.Mizra denies the allegations of Paragraph 28 of Amazon's Counterclaims.

29.     K.Mizra admits the allegations of Paragraph 29 of Amazon's Counterclaims.

30.     K.Mizra denies the allegations of Paragraph 30 of Amazon's Counterclaims.

31.     K.Mizra denies the allegations of Paragraph 31 of Amazon's Counterclaims..

**COUNT VI**
**(Declaratory Judgment of Invalidity of the '120 Patent)**

32. K.Mizra incorporates by reference and re-alleges paragraphs 1-31 of this Answer, as if fully set forth herein.

33. K.Mizra denies the allegations of Paragraph 33 of Amazon's Counterclaims.

34. K.Mizra admits the allegations of Paragraph 34 of Amazon's Counterclaims.

35. K.Mizra denies the allegations of Paragraph 35 of Amazon's Counterclaims.

36. K.Mizra denies the allegations of Paragraph 36 of Amazon's Counterclaims.

**COUNT VII**
**(Declaratory Judgment of Noninfringement of the '259 Patent)**

37. K.Mizra incorporates by reference and re-alleges paragraphs 1-36 of this Answer, as if fully set forth herein.

38. K.Mizra denies the allegations of Paragraph 38 of Amazon's Counterclaims.

39. K.Mizra admits the allegations of Paragraph 39 of Amazon's Counterclaims.

40. K.Mizra denies the allegations of Paragraph 40 of Amazon's Counterclaims.

41. K.Mizra denies the allegations of Paragraph 41 of Amazon's Counterclaims..

**COUNT VIII**
**(Declaratory Judgment of Invalidity of the '259 Patent)**

42. K.Mizra incorporates by reference and re-alleges paragraphs 1-41 of this Answer, as if fully set forth herein.

43. K.Mizra denies the allegations of Paragraph 43 of Amazon's Counterclaims.

44. K.Mizra admits the allegations of Paragraph 44 of Amazon's Counterclaims.

45. K.Mizra denies the allegations of Paragraph 45 of Amazon's Counterclaims.

46. K.Mizra denies the allegations of Paragraph 46 of Amazon's Counterclaims.

## COUNT IX
### (Declaratory Judgment of Noninfringement of the '649 Patent)

47. K.Mizra incorporates by reference and re-alleges paragraphs 1-46 of this Answer, as if fully set forth herein.

48. K.Mizra denies the allegations of Paragraph 48 of Amazon's Counterclaims.

49. K.Mizra admits the allegations of Paragraph 49 of Amazon's Counterclaims.

50. K.Mizra denies the allegations of Paragraph 50 of Amazon's Counterclaims.

51. K.Mizra denies the allegations of Paragraph 51 of Amazon's Counterclaims..

## COUNT X
### (Declaratory Judgment of Invalidity of the '649 Patent)

52. K.Mizra incorporates by reference and re-alleges paragraphs 1-51 of this Answer, as if fully set forth herein.

53. K.Mizra denies the allegations of Paragraph 53 of Amazon's Counterclaims.

54. K.Mizra admits the allegations of Paragraph 54 of Amazon's Counterclaims.

55. K.Mizra denies the allegations of Paragraph 55 of Amazon's Counterclaims.

56. K.Mizra denies the allegations of Paragraph 56 of Amazon's Counterclaims.

## COUNT XI
### (Declaratory Judgment of Noninfringement of the '282 Patent)

57. K.Mizra incorporates by reference and re-alleges paragraphs 1-56 of this Answer, as if fully set forth herein.

58. K.Mizra denies the allegations of Paragraph 58 of Amazon's Counterclaims.

59. K.Mizra admits the allegations of Paragraph 59 of Amazon's Counterclaims.

60. K.Mizra denies the allegations of Paragraph 60 of Amazon's Counterclaims.

61. K.Mizra denies the allegations of Paragraph 61 of Amazon's Counterclaims..

## COUNT XII
### (Declaratory Judgment of Invalidity of the '282 Patent)

62.    K.Mizra incorporates by reference and re-alleges paragraphs 1-61 of this Answer, as if fully set forth herein..

63.    K.Mizra denies the allegations of Paragraph 63 of Amazon's Counterclaims.

64.    K.Mizra admits the allegations of Paragraph 64 of Amazon's Counterclaims.

65.    K.Mizra denies the allegations of Paragraph 65 of Amazon's Counterclaims.

66.    K.Mizra denies the allegations of Paragraph 66 of Amazon's Counterclaims.

### DEFENDANTS' REQUEST FOR RELIEF

K.Mizra denies that Defendants are entitled to any relief whatsoever from K.Mizra or the Court, either as prayed for their Counterclaims or otherwise. To the extent that Defendants' Request for Relief is interpreted to contain any factual allegations, K.Mizra denies them.

Dated: May 11, 2026

Respectfully submitted,

By: /s/ Matthew C. Holohan
Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Robert R. Brunelli*
CO State Bar No. 20070
rbrunelli@sheridanross.com
Matthew C. Holohan*
CO State Bar No. 40996
mholohan@sheridanross.com
Brian S. Boerman*
Colorado Bar No. 50834
bboerman@sheridanross.com
Tristan D. Lewis*

CO State Bar No. 60968
    tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Of Counsel*:
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew C. Holohan
Matthew C. Holohan
CO State Bar No. 40996
    mholohan@sheridanross.com
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: (303) 863-9700
Facsimile:  (303) 863-0223
litigation@sheridanross.com

Attorney for Plaintiff K.Mizra LLC