**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

§
§
§
§

## ORDER REGARDING AUSTIN DIVISION DOCKET

Due to the potential for future conflicts, it is hereby **ORDERED** that all hearings, pretrial conferences, and trial dates for the cases attached in Appendix A are hereby **VACATED.**

**IT IS SO ORDERED.**

**SIGNED** this 13th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# APPENDIX A

| | |
|---|---|
| 1-26-cv-316 | K.Mizra LLC v. Amazon.com, Inc. et al |
| 1-25-cv-1367 | Network System Technologies, LLC v. Qualcomm Incorporated et al |
| 1-25-cv-431 | SiliconArts Technology US Inc. v. NVIDIA Corporation et al |
| 1-25-cv-215 | Longitude Licensing Limited et al v. Apple Inc. et al |
| 1-22-cv-1331 | Network System Technologies, LLC v. Qualcomm Inc. et al |
| 1-23-cv-566 | AK Meeting IP LLC v. Lifesize, Inc. |
| 1-21-cv-896 | Fintiv, Inc. v. Apple Inc. |