**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC, | |
| Plaintiff, | Case No. 1:26-cv-00316-ADA |
| v. | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., | |
| Defendants. | |

**JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER**

Plaintiff K.Mizra LLC and Defendants Amazon.com, Inc. and Amazon Web Services, Inc.

submit this Joint Motion to Enter Proposed Scheduling Order, and the Parties respectfully request

that the Court enter the proposed Scheduling Order submitted herewith.

Dated: May 26, 2026                              Respectfully submitted,


By: /s/ Matthew C. Holohan                       By: /s/ Jennifer Librach Nall
    Michael C. Smith                                 Jennifer Librach Nall
    Texas Bar No. 18650410                           Texas Bar No. 24061613
    michael.smith@solidcounsel.com                   Shawn Bastani
    Scheef & Stone, LLP                              Texas Bar No. 24127680
    113 E. Austin Street                             Michael Saulnier
    Marshall, TX 75670                               Texas Bar No. 24131647
    Tel: (903) 938-8900                              DLA PIPER LLP (US)
                                                     303 Colorado St., Suite 3000
    Robert R. Brunelli*                              Austin, TX 78701
    Colorado Bar No. 20070                           Tel: 512.457.7249
      rbrunelli@sheridanross.com                     Fax: 512.457.7001
    Matthew C. Holohan*                              jennifer.nall@us.dlapiper.com
    CO State Bar No. 40996                           shawn.bastani@us.dlapiper.com
      mholohan@sheridanross.com                      michael.saulnier@us.dlapiper.com
    Brian S. Boerman*
    Colorado Bar No. 50834
      bboerman@sheridanross.com
    Tristan D. Lewis*

CO State Bar No. 60968
   tlewis@sheridanross.com
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Tel: (303) 863-9700
Fax: (303) 863-0223
litigation@sheridanross.com

Cliff Win, Jr.
CA SBN 270517
Folio Law Group PLLC
1200 Westlake Ave. N., Ste. 809
Seattle, WA  98109
Tel: 206-880-1802
cliff.win@foliolaw.com

*Of Counsel:*
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

*Admitted *pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

Michael Strapp
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: 617.406.6031
Fax: 617.406.6100
michael.strapp@us.dlapiper.com

Ankur Desai, Esq.
DLA Piper LLP (US)
500 Eight Street, NW
Washington, D.C. 20004
Tel: 202.799.4716
Fax: 202 799.5000
ankur.desai@us.dlapiper.com

*Attorneys for Defendants Amazon.com, Inc.*
*and Amazon Web Services, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/ Matthew C. Holohan</u>
Matthew C. Holohan
CO State Bar No. 40996
    mholohan@sheridanross.com
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: (303) 863-9700
Facsimile:  (303) 863-0223
litigation@sheridanross.com

Attorney for Plaintiff K.Mizra LLC

3