**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

K.MIZRA LLC,

Plaintiff,

v.

AMAZON.COM, INC. and
AMAZON WEB SERVICES, INC.,

Defendants.

Case No. 1:26-cv-00316-ABD

**JURY TRIAL DEMANDED**

## UPDATED STATUS OF *INTER PARTES* REVIEW FILINGS

Plaintiff K.Mizra LLC hereby notifies the Court of the status of petitions for *Inter Partes* Review:

IPR2026-00254 was filed February 20, 2026 by Petitioner Google LLC over U.S. Patent No. 8,144,717. On July 6, 2026, the Patent Trial and Appeal Board (the "Board") issued a Notice denying institution of *inter partes* review (IPR) based on discretionary review. (Notice, Paper 14.)

IPR2026-00304 was filed March 31, 2026 by Petitioner Google LLC over U.S. Patent No. 8,438,120. On September 2, 2026, the Board issued an Order denying institution of an IPR after review of the merits. (Notice, Paper 14.)

Dated: October 6, 2026

Respectfully submitted,

By: /s/ Brian Boerman
Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Robert R. Brunelli*
Colorado Bar No. 20070
rbrunelli@sheridanross.com
Matthew C. Holohan*
CO State Bar No. 40996
mholohan@sheridanross.com
Brian S. Boerman*
Colorado Bar No. 50834
bboerman@sheridanross.com
Tristan D. Lewis*
CO State Bar No. 60968
tlewis@sheridanross.com
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Tel: (303) 863-9700
Fax: (303) 863-0223
litigation@sheridanross.com

Cliff Win, Jr.
CA SBN 270517
Folio Law Group PLLC
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel: 206-880-1802
cliff.win@foliolaw.com

*Of Counsel*:
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*Admitted *pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 6, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Brian Boerman

Brian S. Boerman
Colorado Bar No. 50834
bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223