**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

K.MIZRA LLC,

Plaintiff,

v.

AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,

Defendants.

Case No. 1:26-cv-00316-ABD

**JURY TRIAL DEMANDED**

# DEFENDANTS' NOTICE OF EX PARTE REEXAMINATIONS

Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") hereby notify the Court of the following requests for *Ex Parte* Reexamination ("EPR") involving patents asserted in this action:

A request for *Ex Parte* Reexamination of U.S. Patent No. 8,782,282 was filed by Unified Patents, LLC on May 15, 2025 (No. 90/019,963). On June 12, 2026, the Examiner issued a final rejection of claims 1-22, and on August 28, 2026, an Advisory Action responsive to K.Mizra's after final response. EPR No. 90/019,963, Final Rejection (June 12, 2026), at 31; Advisory Action (August 28, 2026). Following the Advisory Action, on October 5, 2026, K.Mizra filed a notice of appeal. EPR No. 90/019,963, Notice of Appeal (October 5, 2026).

A request for *Ex Parte* Reexamination of U.S. Patent No. 8,234,705 was filed by Google LLC on April 8, 2026 (No. 90/016,173). On July 7, 2026, the USPTO ordered reexamination. EPR No. 90/016,173, Order Granting Request for *Ex Parte* Reexamination (July 7, 2026), at 10.

A request for *Ex Parte* Reexamination of U.S. Patent No. 8,234,705 was filed by Amazon Web Services, Inc. on June 11, 2026 (No. 90/016,392). On August 17, 2026, the USPTO ordered reexamination. EPR No. 90/016,392, Order Granting Request for *Ex Parte* Reexamination (August 17, 2026), at 11.

Dated: October 26, 2026

Respectfully submitted,

*<u>/s/ Jennifer Librach Nall</u>*
Jennifer Librach Nall
Texas Bar No. 24061613
Michael Saulnier
Texas Bar No. 24131647
**DLA PIPER LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7249
Fax: 512.457.7001
jennifer.nall@us.dlapiper.com
michael.saulnier@us.dlapiper.com

Michael Strapp
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: 617.406.6031
Fax: 617.406.6100
michael.strapp@us.dlapiper.com

Ankur Desai
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, D.C. 20004
Tel: 202.799.4716
Fax: 202.799.5000
ankur.desai@us.dlapiper.com

Meera Midha (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067

Tel: 310.595.3000
Fax: 310.595.3300
meera.midha@us.dlapiper.com

***ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on October 26, 2026 with a copy of this document via electronic mail.

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall