IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM., INC. and AMAZON WEB SERVICES, INC.,<br><br>Defendants. | Case No. 1:26-cv-00316-ABD<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES**
**<u>AND NOTICE OF SETTLEMENT</u>**

K.Mizra LLC ("K.Mizra" or "Plaintiff") and Amazon.com, Inc. and Amazon Web Services, Inc. ("Amazon" or "Defendants"), jointly file this Motion to Stay All Deadlines and Notice of Settlement and respectfully move this Court to stay all deadlines for thirty (30) days.

K.Mizra and Amazon have reached a settlement in principle of the subject matter of this case, and the parties respectfully request that the Court stay all unreached deadlines for thirty (30) days so that the settlement agreement can be finalized and appropriate dismissal papers submitted.

Dated: November 5, 2026

Respectfully submitted,

*<u>/s/ Matthew C. Holohan</u>*
Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
Tel: (903) 938-8900

/*<u>s/ Jennifer Librach Nall</u>*
Jennifer Librach Nall
Texas Bar No. 24061613
Michael Saulnier
Texas Bar No. 24131647
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7249

Robert R. Brunelli*
Colorado Bar No. 20070
rbrunelli@sheridanross.com
Matthew C. Holohan*
CO State Bar No. 40996
mholohan@sheridanross.com
Brian S. Boerman*
Colorado Bar No. 50834
bboerman@sheridanross.com
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Tel: (303) 863-9700
Fax: (303) 863-0223
litigation@sheridanross.com

*Of Counsel:*
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

*Admitted *pro hac vice*

***ATTORNEYS FOR PLAINTIFF K.MIZRA LLC***

Fax: 512.457.7001
jennifer.nall@us.dlapiper.com
michael.saulnier@us.dlapiper.com

Michael Strapp
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: 617.406.6031
Fax: 617.406.6100
michael.strapp@us.dlapiper.com

Ankur Desai
DLA PIPER LLP (US)
500 Eight Street, NW
Washington, D.C. 20004
Tel: 202.799.4716
Fax: 202.799.5000
ankur.desai@us.dlapiper.com

Meera Midha (*pro hac vice*)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Tel: 310.595.3000
Fax: 310.595.3300

***ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served November 5, 2026 with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail on this same date.

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall